

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

No. 04-15-00740-CR

Jerry **CASTILLO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2004CR0144
Honorable Mary D. Roman, Judge Presiding

## O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

Jerry Castillo Jr.'s motions for rehearing and to recall the mandate are denied.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

_____
Keith E. Hottle
Clerk of Court